L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before ROWLEY, CIRILLO and VAN der VOORT, JJ.

Judgment of sentence affirmed.

456 A.2d 1092

Commonwealth v. Smith, Appellant.

Petition for Allowance of Appeal
Denied May 12, 1983.

Argued September 21, 1981. John J. O'Brien, for appellant; David E. Fritchey, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and BECK, JJ.

Judgment of sentence affirmed.

456 A.2d 1092

Commonwealth, Appellant v. Smith.

Argued September 15, 1982. William A. Helm, District Attorney, for Commonwealth, appellant; John B. Schaner, for appellee.

Before CAVANAUGH, BECK and MONTEMURO, JJ.

Order affirmed.